PHILLIP A. TALBERT
United States Attorney
ANTONIO J. PATACA
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:23-CR-00107-JLT-SKO |
|---|---|
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER |
| v. | |
| ARMANDO ROSALES GONZALEZ, ROGELIO CENICEROS FLORES, | |
| Defendants. | |

**STIPULATION**

1.  By previous order, this matter was set for status on December 6, 2023.

2.  By this stipulation, defendants now move to continue the status conference until February 21, 2024, and to exclude time between December 6, 2023, and February 21, 2024, under Local Code T4.

3.  The parties agree and stipulate, and request that the Court find the following:

    a)  The government has represented that the discovery associated with this case includes reports, photographs, videos, cellular phone extractions, and other documents. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying. Initial discovery in this case was produced on or about June 1, 2023. Supplemental discovery was also produced on September 12, 2023.

    b)  Counsel for defendants desire additional time consult with their clients, to review the current charges, to conduct investigation and research related to the charges, to review and

copy discovery for this matter, to discuss potential resolutions with their client, and to otherwise prepare for trial.

      c)    Counsel for defendants believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

      d)    The government does not object to the continuance.

      e)    Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

      f)    For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of December 6, 2023 to February 21, 2024, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: November 28, 2023

PHILLIP A. TALBERT
United States Attorney

/s/ ANTONIO J. PATACA
ANTONIO J. PATACA
Assistant United States Attorney

Dated:  November 28, 2023          /s/ VICTOR CHAVEZ
                                                    VICTOR CHAVEZ
                                                    Counsel for Defendant
                                                    ROGELIO CENICEROS FLORES

Dated:  November 28, 2023          /s/ ROBERT M. SANGER
                                                    ROBERT M. SANGER
                                                    Counsel for Defendant
                                                    ARMANDO ROSALES GONZALEZ

**ORDER**

IT IS SO ORDERED.

DATED: 11/29/23          *Sheila K. Oberto*
                                         The Honorable Sheila K. Oberto
                                         UNITED STATES MAGISTRATE JUDGE