PHILLIP A. TALBERT
United States Attorney
ANTONIO J. PATACA
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                   Plaintiff,<br><br>v.<br><br>ARMANDO ROSALES GONZALEZ,<br>ROGELIO CENICEROS FLORES,<br><br>                   Defendants. | CASE NO. 1:23-CR-00107-JLT-SKO<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |

**STIPULATION**

1. By previous order, this matter was set for status on February 21, 2024.

2. By this stipulation, defendants now move to continue the status conference until April 17, 2024, and to exclude time between February 21, 2024, and April 17, 2024, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

    a) The government has represented that the discovery associated with this case includes reports, photographs, videos, cellular phone extractions, and other documents. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying. Initial discovery in this case was produced on or about June 1, 2023. Supplemental discovery was also produced on September 12, 2023 and December 19, 2023.

    b) Counsel for defendants desire additional time consult with their clients, to review the current charges, to conduct investigation and research related to the charges, to review and

copy discovery for this matter, to discuss potential resolutions with their client, and to otherwise prepare for trial.

        c)      Counsel for defendants believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

        d)      The government does not object to the continuance.

        e)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

        f)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of February 21, 2024 to April 17, 2024, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  February 14, 2024                                PHILLIP A. TALBERT
                                                                  United States Attorney

                                                                 /s/ ANTONIO J. PATACA
                                                                 ANTONIO J. PATACA
                                                                 Assistant United States Attorney

Dated: February 14, 2024                    /s/ VICTOR CHAVEZ
                                            VICTOR CHAVEZ
                                            Counsel for Defendant
                                            ROGELIO CENICEROS FLORES

Dated: February 14, 2024                    /s/ ROBERT M. SANGER
                                            ROBERT M. SANGER
                                            Counsel for Defendant
                                            ARMANDO ROSALES GONZALEZ

**ORDER**

IT IS SO ORDERED.

DATED. 2/15/2024                            *Sheila K. Oberto*
                                            The Honorable Sheila K. Oberto
                                            UNITED STATES MAGISTRATE JUDGE

STIPULATION REGARDING EXCLUDABLE TIME                   3
PERIODS UNDER SPEEDY TRIAL ACT